IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

UNITED STATES ex rel. TAMIKA NOTTINGHAM,

and

COMMONWEALTH OF VIRGINIA ex rel. TAMIKA NOTTINGHAM,

Plaintiffs,

v.   CIVIL NO. 4:11cv99

DELORES FREEMAN THOMAS,

and

NEW SEASON CLINICAL SERVICES, LLC,

Defendants.

## ORDER

By the Order issued September 15, 2015, Joint Motion for Summary Judgment (ECF No. 45) filed by the United States and the Commonwealth ("Plaintiffs") against Delores Freeman Thomas and New Season Clinical Services, LLC was referred to Magistrate Judge Douglas E. Miller for Report and Recommendation. ECF No. 56.

After reviewing the record, Magistrate Judge Miller entered his Report and Recommendation on October 26, 2015. ECF No. 57. This Court has reviewed the Report and Recommendation of the Magistrate Judge and given adequate time and notice for parties to respond with no objections to the Report and Recommendation made.

Having considered the record and the Report and Recommendation and finding no error therein, it is hereby **ORDERED** that the Report and Recommendation of the Magistrate Judge is **ADOPTED** on the basis of the reasoning therein. ECF No. 57. Accordingly, the Joint Motion for Summary Judgment is **GRANTED IN PART** against Thomas and New Season. ECF No. 45. Plaintiffs are **AWARDED** damages in the amount of $1,505,173.00, trebled, totaling $4,515,519.00. Additionally, the unnamed Jane Does numbers 1-99 are hereby **DISMISSED**. The matter of civil penalties is **TAKEN UNDER ADVISEMENT** until such time that Plaintiffs request a hearing as directed by the Magistrate Judge. In light of these orders, Plaintiff's Joint Motion for Default Judgment against only the Defendant New Season (ECF No. 44) is hereby **DENIED** as the judgment sought against New Season is addressed by the ruling on the Joint Motion for Summary Judgment.

The Clerk is **DIRECTED** to deliver a copy of this Order to all Counsel of Record.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Norfolk, VA
November 20, 2015